NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK J. CRISAFULLI,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2024-1343

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-8284, Judge Joseph L. Toth.

---

**JUDGMENT**

---

KENNETH DOJAQUEZ, Carpenter Chartered, Topeka, KS, argued for claimant-appellant. Also represented by KENNETH M. CARPENTER.

ISABELLE AUBRUN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY, BRETT SHUMATE; CHRISTINA LYNN GREGG, DEREK SCADDEN,

Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO, *Circuit Judge*, and CHUN, *District Judge*[1]).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 3, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable John H. Chun, District Judge, United States District Court for the Western District of Washington, sitting by designation.